UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BEYER and MONICA BEYER | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 3:13-cv-01576 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| ANCHOR INSULATION CO., INC., JOHN MANVILLE, INC., JOHNS MANVILLE, INC. D/B/A JOHNS MANVILLE INSULATION SYSTEMS and ICYNENE CORPORATION | ) ) ) ) | |
| | ) | |
| Defendants. | ) | OCTOBER 31, 2013 |

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my appearance as attorney for defendants Johns Manville, Inc. and Johns Manville, Inc., d/b/a Johns Manville Insulation Systems, in the above-captioned action.

Dated:  October 31, 2013
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
JOHNS MANVILLE, INC. and JOHNS
MANVILLE, INC., d/b/a JOHN
MANVILLE INSULATION SYSTEMS


By: */s/ John P. DiManno*   
    John P. DiManno (CT 28959)
    MCCARTER & ENGLISH, LLP
    City Place I
    185 Asylum Street
    Hartford, CT 06103
    Telephone: 860-275-6700
    Facsimile: 860-724-3397
    Email:jdimanno@mccarter.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October 2013, a copy of the foregoing Appearance was sent via U.S. mail, postage prepaid, to the following:

Michael J. McCabe
Counsel for Richard Beyer and Monica Beyer
23 Sunnyside Court
Milford, CT 06460

Anchor Insulation Co., Inc.
Corporate Office
435 Narragansett Park Drive
Pawtucket, RI 02861

Icynene Corporation
438 Main Street
Suite 100
Buffalo, NY 14202

      In addition, I hereby certify that on this 31st day of October, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ John P. DiManno*_____
      John P. DiManno (CT 28959)