# EXHIBIT 2

Environmental Research 134 (2014) 295–300





Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres

# Health effects associated with faulty application of spray polyurethane foam in residential homes

Yuh-Chin T. Huang [a,*], Wayne Tsuang [b]

[a] Department of Medicine, Duke University Medical Center, 1821 Hillandale Road, Suite 25A, Durham, NC 27705, USA
[b] Respiratory Institute, Cleveland Clinic Foundation, Cleveland, OH, USA

ARTICLE INFO

Article history:
Received 25 April 2014
Received in revised form
21 July 2014
Accepted 23 July 2014
Available online 6 September 2014

Keywords:
Building related illness
Reactive airway disease
Isocyanates
Volatile organic compounds
Indoor air

ABSTRACT

*Background:* Spray polyurethane foam (SPF) has become a popular form of home insulation in the United States, but there have been adverse health effects reported by home owners.
*Methods:* We summarized adverse health effects in 13 adults from 10 households (age: 33–82) whose homes were improperly retrofitted with SPF. Subjects either were not asked to leave the premise or were told to return too early. In some cases, proper ventilation was not used or the foams were sprayed using the improper mixing technique. We correlated symptoms with volatile organic compounds (VOCs) in indoor air samples.
*Results:* All subjects reported fishy odors and developed acute watery and burning eyes, burning nose, sinus congestion, throat irritation, cough, dyspnea and chest tightness. Twelve subjects (92.3%) reported acute neuropsychiatric symptoms, including headache, dizziness, forgetfulness, difficulty in concentrating and insomnia. Three subjects (23.0%) had nausea, vomiting and abdominal cramps and three (23.0%) developed skin rash. Subjects continued to experience symptoms long after SPF was done. These symptoms subsided after they left homes, but recurred upon returning. All subjects eventually vacated their homes. The methacholine challenge test was negative in 5 of 7 patients. Analysis of indoor air and headspace gas from the foams showed increased concentrations of VOCs derived from SPF and common indoor air pollutants. The levels of VOCs decreased after SPF was completely removed.
*Conclusions:* Faulty application of SPF was associated with acute and persistent pulmonary and extrapulmonary symptoms. These symptoms may be associated with SPF-derived compounds as well as increased concentrations of indoor VOCs.

© 2014 Elsevier Inc. All rights reserved.

## 1. Introduction

Spray polyurethane foam (SPF) is a spray-applied insulating material that has been a popular "green" solution for insulation for residential homes and office buildings in the United States. SPF provides high levels of $R$-values (insulation efficiency), is less expensive than other insulating materials, such as fiberglass, and was eligible for federal energy tax credits in 2011.

There are three main types of SPF products: two-component high-pressure system, two-component low-pressure system and one-component foam system, each of which has different applications. The two-component high-pressure SPF is most commonly used for residential and building insulation. It contains isocyanates, primarily methylene diphenyl diisocyanate (MDI), on side A and polyols, amines or metal catalysts, fire retardant and surfactants on side B. Sides A and B are pumped through heated hoses from supply tanks into a nozzle where the two components react to produce foams.

When SPF is correctly applied and cured, it is usually considered to be relatively inert; however, environmental factors, such as humidity and temperature, may impact curing rates. When SPF is not applied properly, however, chemicals derived from SPF may migrate to hard and/or soft surfaces in the surrounding environment contaminating the entire building. Continuous offgassing of chemicals from SPF and house fixtures would increase the potential for hazardous exposure to home owners. We have reported two cases from the same household who developed airway hyperreactivity after faulty application of SPF (Tsuang and Huang, 2012). Since then, many home owners have described symptoms that the occupants related to the spray foams with some appearing in news media

*Abbreviations:* MDI, methylene diphenyl diisocyanate; SPF, spray polyurethane foam; TDI, toluene diisocyanate; VOC, volatile organic compound
✩Portions of this manuscript were presented at the 2013 American Thoracic Society National Conference, Philadelphia, Pennsylvania.
* Corresponding author. Fax: +1 919 684 3199.
*E-mail address:* huang002@mc.duke.edu (Y.-C. Huang).

http://dx.doi.org/10.1016/j.envres.2014.07.015
0013-9351/© 2014 Elsevier Inc. All rights reserved.



(http://www.wftv.com/news/news/local/action-9-investigates-hidden-dangers-some-homes/nS7W3/; http://www.cbc.ca/player/Shows/Shows/Marketplace/ID/2414463492/).

In this report, we described a group of home owners who developed adverse health effects after they retrofitted their residential homes with SPF. We also evaluated volatile organic compounds (VOCs) in the indoor air samples as an initial attempt to investigate the mechanisms for the adverse health effects.

## 2. Methods

### 2.1. Patient population

Between 7/1/2012 and 6/30/2013, we had seen half a dozen patients in the clinic who had reported symptoms after their residential homes were retrofitted with SPF to improve energy efficiency. We also had received referrals from other physicians and home owners who developed symptoms after SPF was installed in their homes. In this study, we only enrolled subjects who had signed the consent before 6/30/2013. These subjects provided informed consent before participating in the study. The study protocol was approved by the Institutional Review Board of Duke University Medical Center (Pro00037197).

### 2.2. Data collection

We obtained demographic information, such as age and gender, residential home location, surroundings and interior of the houses, detailed exposure history, and symptoms. Some of these individuals were seen at the Duke Asthma Airway Center. For others who were not seen by us, we conducted a phone interview to obtain the above information. We also reviewed any outside medical records, including the pulmonary function test, the methacholine challenge test and laboratory tests, if available. These records were provided to us either by fax or e-mail.

### 2.3. Analysis of VOCs

Some home owners had the air in their residential homes analyzed for VOCs. The air samples were collected into Carbotrap tubes for the measurement of VOC (including alkanolamine and alkylamine) using Carbotrap patent by Saskatchewan Research Council (SRC) Analytical Laboratories (Saskatoon, SK, Canada). Air samples were also collected with IsoChek filters for the measurement of isocyanates using High Performance Liquid Chromatography with Postcolumn Fluorescence Derivatization (Galson Laboratories, East Syracuse, NY).

Some subjects also had foams removed from their homes for analysis of VOCs offgassing from the foams in vitro. While the methods varied somewhat, in general, the foams were placed in a large glass jar fitted with a Teflon-lined septum top lid. The headspace samples were heated and the offgassed VOCs were purged into a thermal desorption sorbant tube with Ultra Pure air. The collected headspace samples were analyzed for VOCs by Thermal Desorption/Mass Spectrometry.

These analyses were all based on EPA Compendium Method TO-17 and ASTM D 6196 for VOCs by thermal desorption followed by gas chromatography/mass spectrometry (TD/GC/MS), and EPA Method TO-11A and ASTM D 5197 for selected aldehydes, including formaldehydes, by high performance liquid chromatography (HPLC). The companies that were commissioned to do the measurements were all full-service indoor air quality firms, although they may be biased, or unfamiliar with the assays.

### 2.4. Statistical analysis

Descriptive statistics was performed to describe the collected data using JMP 9.0.0 (SAS Institute, Inc., Cary, NC).

## 3. Results

### 3.1. Study population and clinical manifestations

Thirteen adult subjects from ten households were included (Table 1). Their homes were located on the east coast of the United States from New York to Florida. The mean age was 50 years (range 33–82), and five were female.

All subjects reported smelling unpleasant odors during the spray or when they returned within 48 h after the spray was completed. The descriptive terms used by the subjects included "fishy", "ammonia-like", "chemical", etc. Eleven subjects (84.6%) developed acute watery and burning eyes, burning nose, sinus congestion, throat irritation, cough, dyspnea and chest tightness. These symptoms persisted for as long as they stayed in the house. The other two subjects moved in several months after the spray had been completed and also reported unpleasant odors, throat irritation and sinus congestion acutely. Four subjects (30.8%) had a history of asthma and/or environmental allergy. One of these subjects reported wheezes after the exposure.

Twelve subjects (92.3%) also reported acute neuropsychiatric symptoms, such as headache, dizziness, poor memory, difficulty in concentrating, photosensitivity, myalgia and insomnia. These symptoms were initially thought to be nonspecific by their physicians who attributed them to stress, depression and anxiety. Three subjects (23.0%) reported gastrointestinal symptoms, including nausea, vomiting and abdominal cramps. Three subjects (23.0%) developed skin rashes. The skin rashes were erythematous, some with vesicles, and could be itchy or burning. One of the subjects underwent skin biopsy, which showed lichenoid and perivascular dermatitis consistent with contact dermatitis. The patch test only showed weak positivity to several chemicals.

Seven subjects had methacholine challenge tests done > 6 months after the SPF exposure and one was positive with a $PC_{20}$ of 1 mg/ml (Crapo et al., 2000). This subject has a history of mild intermittent asthma, and was only on occasional albuterol HFA before the exposure. She had to take inhaled steroids after the SPF exposure. Serum isocyanates IgE was negative in four subjects who had the tests done at least 5 months after SPF spray (Viracor-IBT Laboratories, Lee's Summit, MO).

### 3.2. Exposure history

Eleven subjects (84.5%) were either not asked to leave the premise during foam spray or told to return home within 48 h after the spray had been completed (Table 1). In some cases, proper ventilation was not used during the spray or the house was sprayed with improper technique (e.g. wrong mixing ratio of sides A and B). Of note, the spouses of two subjects were not at home during the spray and reported no or minimal symptoms.

All subjects stated that they had to vacate their homes due to persistent symptoms, despite ventilating the house and removing exterior foams. The symptoms improved after the subjects moved out, but when they visited their homes, the symptoms recurred shortly after they entered the houses. Subjects also reported similar symptoms whenever they were in contact with items retrieved from their homes, such as clothes, furniture, shoes, rugs, etc. They stated that they had to discard all the personal belongings from their original homes.

### 3.3. Analysis of VOCs from the foams

Because of the suspicion that the foams were emitting VOCs, several subjects had the foams removed from their houses for the test of offgassing VOCs. Fig. 1 showed an example of such a test, which used green closed cell foams removed from a house 20 months after the spray. It showed not only VOCs derived from the foams (hexamethyl-cyclotrisiloxane, octamethyl-cyclotetrasiloxane, diethylene glycol, and tripropylene glycol) but also VOCs that are common indoor air pollutants (acetone, toluenes and benzene compounds) (Fig. 1). Table 2 showed the top 10 VOCs in the headspace of a jar containing foams obtained from 3 different houses at least 6 months after the foam spray was completed. In addition to the compounds that derived from the foams (indicated by *), there were VOCs common to all three houses, such as benzene compounds (chlorobenzene). In houses 2 and 3, there

Table 1
Demographics and exposure history. Part of the clinical information of subjects in household 1 has been reported previously (Tsuang and Huang, 2012).

| Household | Age | Gender | Exposure history |
|---|---|---|---|
| 1* | 38 | M | Returned 4 h after spraying, moved out after 2 months. |
|  | 40 | F |  |
| 2 | 82 | M | At home during 4-day spraying, stayed in the house afterward. |
| 3 | 68 | M | Return 1 day after spraying, work on house 2 h a day × 4 days. Visited the house intermittently. Spraying the entire house including the crawl space. |
| 4* | 33 | F | Moved in 3 months after installation, moved out 6 months later. SPF removed. |
|  | 36 | M | At home during 2-day spraying, moved out 9 months later. SPF removed. |
| 5 | 56 | F | At home during spraying, moved out 12 days later. SPF removed. |
| 6* | 53 | F | At home during 1-day spraying, lived in RV parked adjacent to the house for 6 months with frequent visits to the house. SPF removed |
|  | 55 | M | 6 months later. |
| 7 | 57 | F | Moved in 6 months after spraying. Moved out after 2 weeks. |
| 8 | 35 | M | Not present during spraying. Moved in a day later. Moved out after 6 months. Spraying the entire house including the crawl space. |
| 9 | 57 | M | Did not leave during spraying, moved out. |
| 10 | 43 | M | Did not leave during spraying, moved out after 4 years. |

* Couples from the same household.



Fig. 1. VOCs emitted from the green closed cell foams removed from a house 20 months after the spraying. Two grams of foams were placed in a 1-L glass jar fitted with a Teflon-lined septum top lid. The sample was heated for 1 h at 120 °F. After heating, the offgassed VOCs were purged into a thermal desorption sorbant tube with Ultra Pure air. The collected VOCs were analyzed by Thermal Desorption/Mass Spectrometry. The dashed arrows denote VOCs likely derived from the foams. The block arrows denote different benzene compounds.

Table 2
Top 10 VOCs with the highest concentrations in the headspace of the jar containing foams removed from the house. The foam samples were obtained > 6 months after the SPF spray was completed. The VOCs are listed in a descending order.

| House 1 | House 2 | House 3 |
|---|---|---|
| N-N-dimethylcyclohexylamine* | Tetramethylethylenediamine* | Acetaldehyde |
| Octamethyl-cyclotrisiloxane* | 4-Methyl-morpholine* | 1,4-Dioxane |
| 1,2,4-Trimethylbenzene | 2-Methoxyethyl-acetate | Propionaldehyde |
| Decane | Valeraldehyde | Acetone |
| Chlorobenzene | Propionaldehyde | Ethanol |
| Toluene | 2-Methyl-2-butenal | Crotonaldehyde |
| Undecane | Acetaldehyde | Butyraldehyde |
| 1,2-Dichloropropane | 2-Ethyl-4-methyl-1,3-dioxolane | Chlorobenzene |
| Hexamethyl cyclotrisiloxane* | 1-Chloro-2-propanol* | Isopropyl alcohol |
| 1,2-Dimethyl benzene | Chlorobenzene | Bromomethane |

* VOCs likely derived from the foams.

were also various aldehyde compounds. The results indicate the foams can become a reservoir and an offgassing source for common household VOCs.

### 3.4. Analysis of VOCs in indoor air samples

Many subjects also had the indoor air analyzed for VOCs. Fig. 2 showed an example for such a test. The air samples were taken from the attic and the family room of a house 10 months after the spray. The foams were applied to the attic only. The VOCs derived from the foams (indicated by dashed arrows) were still detectable in the attic and the family room. Some common indoor VOCs were also present, including xylene, acetic acid and aldehydes. Table 3 showed the top 10 VOCs in air samples obtained from 5 different houses at least 6 months after the SPF was installed. Various aldehyde compounds were present in all five houses. One subject had his entire home sprayed with closed cell foams, including the attic, side walls and the crawl space. Air samples obtained from the unfurnished living room of this house showed unusually high levels of VOCs (Fig. 3) compared to those in Fig. 2.

### 3.5. Effects of removal of SPF on VOCs

Background VOCs were present in all homes. Ideally, to determine the effects of SPF on VOCs, one should have compared the VOC levels before and after the spray; however, the VOC levels before the spray were not available since there were no reasons for the home owners to have such measurements. Therefore, we compared the VOC levels before and after the foams were completely removed. Two subjects had the foams completely removed from their houses and replaced with fiberglass. Figs. 4 and 5 showed VOC and aldehyde levels in the attic of one subject's home before and after the entire attic and roof were torn down and rebuilt to remove the foams. Removal of the foams decreased some VOCs, such as acetaldehyde, propionaldehyde, acetic acid, 1-ethyl-4-methyl benzene, methyl ethyl ketone, propylene glycol and octamethyl-cyclotetrasiloxane. The latter two compounds were derived from the foams. Figs. 6 and 7 showed VOC and aldehyde levels in the family room of the same home before and after all foams were removed. Removal of the foams decreased some VOCs, including acetaldehyde, propionaldehyde, nonyl aldehyde, acetic acid, α-pinene, ethyl acetate, dodecane and hexamethyl-cyclotrisiloxane. The latter compound was derived from the foams.

### 4. Discussion

In this study, we reported 13 subjects from 10 households who developed symptoms after faulty application of SPF to their residential homes. The faults included not being asked to leave the premise during the spray, being told to return too early, lack of ventilation during the spray, or improper spraying technique (e.g. wrong mixing ratio of sides A and B). All of them developed acute respiratory symptoms, primarily those from the upper airways

(nose, sinuses, pharynx, larynx, tracheobronchial trees). Many also experienced acute neuropsychiatric symptoms and some reported symptoms of other organ systems. Our subjects also had persistent and recurring symptoms long after the foam spray had been completed. These symptoms improved when the subjects left the house and recurred upon re-entering the house or when in contact with materials retrieved from the house.

One might argue that these symptoms were nonspecific and our subjects might be "sensitized" by the media reports and our initial publication on this issue (Tsuang and Huang, 2012). Nonetheless, the following reasons support the contention that these symptoms were genuine. First, our subjects lived on the east coast of US from the New York to Florida. They did not know each other, but all reported symptoms and exposure history that were remarkably similar. It would be difficult to argue that these subjects concocted their stories. Second, most of these subjects had already "lost" their homes (as they had to move out to avoid symptoms) when they contacted us. One major reason they contacted us was to find solutions for their situations, either potential remedies for their "contaminated" homes or advice for their symptoms. Few were involved in litigation. Therefore, seeking secondary gains, such as monetary compensation, was not the intention. Third, none of our subjects had significant respiratory or non-respiratory conditions before the foam spray, but they all noted symptoms after the foam spray independently. The temporal relationship between the onset of symptoms and the foam spray indicates that the exposure plays a significant role in the development of symptoms. Furthermore, the spouses of two subjects who were not home during the spray reported no or minimal symptoms, indicating the exposure during the spray was necessary for the development of symptoms.

The exposure scenario clearly was an important determinant for the development of acute symptoms. The curing rate of SPF, i.e., the time for chemicals in the product to react to produce polyurethane foam, is one of the most important factors. When SPF is completely cured, it is considered inert and safe. The curing rate, however, is affected by the type of SPF products, applicator technique, foam thickness, temperature and humidity and may



Fig. 3. Levels of volatile organic compounds (VOCs) in air from a house 3 months after SPF spray. The SPF was applied to the entire house, including the attic, and side walls and the crawl space. The house was unfurnished at the time of air sampling. Note that the levels of some VOCs were much higher than those in Fig. 2.



Fig. 2. Levels of volatile organic compounds (VOCs) in air sampled from the attic and the family room 20 months after the spraying. The collected VOCs were analyzed by Thermal Desorption/Mass Spectrometry. The dashed arrows denote VOCs likely derived from the foams. The block arrows denote different benzene compounds.



Fig. 4. Levels of aldehydes in air sampled from the attic of a home before and after the foams were completely removed. There were decreases in the levels of some aldehydes, such as acetaldehyde and proprionaldehyde.

**Table 3**
Top 10 VOCs with highest concentrations in indoor air analysis. The air samples were obtained > 6 months after the completion of SPF spray. The top 10 VOCs are listed in a descending order.

| House 1 (family room) | House 2 (guest room) | House 3 (master bedroom) | House 4 (bedroom) | House 5 (living room) |
|---|---|---|---|---|
| Acetaldehyde | Acetone | Δ-Carene | Acetone | Acetic acid |
| Hexamethyl-cyclotrisiloxane* | Ethanol | Limonene | Trans 1,2-dichloroethene | α-Pinene |
| Formaldehyde | Formaldehyde | Hexanal | 2-Methyl-1-propene | Limonene |
| Trimethyl silyl benzoic acid | Hexanal | 2-Pentylfuran | 3-Methylhexane | Formaldehyde |
| Acetic acid | Octanal | β-Phellandrene | α-Pinene | Nonanal |
| Propionaldehyde | Undecane | Acetaldehyde | Isopropanol | Octanal |
| O, M, & P xylenes | Benzaldehyde | Formaldehyde | Cyclohexane | Acetaldehyde |
| 1-Ethyl-4-methyl benzene | Pentanal | α-Pinene | Ethanol | Glycol ether EB |
| Octamethyl-cyclotrisiloxane* | Isopropanol | Valeraldehyde | Hexanal | Hexanal |
| Nonanal | Decane | Cyclohexanamine | Methylcyclohexane | 1-Methyl-2-(1-methylethyl) benzene |

* VOCs likely derived from the foams.



**Fig. 5.** Levels of non-aldehyde volatile organic compounds (VOCs) in air sampled from the attic of a home before and after the foams were completely removed. There were decreases in the levels of some common indoor VOCs and VOCs derived from the foams (propylene glycol, hexamethyl-cyclotrisiloxane).



**Fig. 6.** Levels of aldehydes in air sampled from the family room before and after the foams were completely removed. There were decreases in the levels of some aldehydes, such as acetaldehyde, proprionaldehyde and nonyl aldehyde.



**Fig. 7.** Levels of non-aldehyde volatile organic compounds (VOCs) in air sampled from the family room before and after the foams were completely removed. There were decreases in the levels of some common indoor VOCs and VOCs derived from the foams (octamethyl-cyclotetrasiloxane).

vary from 7 to 72 h. This curing rate will impact the "safe re-entry time". In addition, all our subjects retrofitted their homes with SPF. Spraying SPF in a closed structure could further increase the VOCs, especially if proper ventilation was not used. The exposure levels would be even higher if the SPF was not applied correctly that resulted in incomplete reactions.

It is unclear which chemicals may be responsible for the symptoms. MDI contained on side A of SPF is known to cause asthma and skin problems in occupational settings where the exposure time is typically quite long (Redlich and Karol, 2002; Redlich et al., 2002). The risk, however, is small compared to that of other diisocyanates because the vapor pressure of MDI is low (Redlich and Karol, 2002) and MDI dissipates quickly during home SPF installation such that the exposure to MDI is brief relative to the occupational exposure. If the subject is present during the spray, however, MDI could still cause irritant effects, especially when the application was faulty. SPF also contains polyols, amines or metal catalysts, fire retardant and surfactants on side B. Little is known about health effects associated with these compounds, and presumably all can cause airway and mucosa irritation when the concentration is high. Offgassing of amines could explain the ammonia-like odor that our subjects reported during and after the spray.

It is intriguing that our subjects had persistent and recurring symptoms long after the foam spray had been completed. The mechanisms for the persistent symptoms were unclear. Analyses of indoor air samples showed increased levels of VOCs that likely offgassed from the foams and house fixtures (Figs. 1–3). The increased concentration of VOCs may be responsible because, after the foams were completely removed, the symptoms improved in association with decreased levels of VOCs (Figs. 4–7). In some occupational settings, exposure to VOCs from organic solvents was associated with high prevalence of respiratory and neuropsychiatric symptoms (Escalona et al., 1995; Nijem et al., 2001; Viaene et al., 2009). One route of entry may be through the neurochemical mechanisms, such as olfactory tracts in the nose (Hau et al., 1999; Scheibe et al., 2008; Zahn et al., 2001). Some of our subjects also reported skin rash. There was one report on irritant contact dermatitis in workers who wore inadequately laundered fire-retardant clothing (McConnell et al., 2012). The gastrointestinal symptoms may simply be the reaction to the unpleasant odors, although a neurochemical mechanism is also possible. We cannot exclude other indoor air pollutants, such as carbon monoxide or biologic agents, however, because they were not measured.

We also noted the concentrations of certain aldehyde compounds, such as acetaldehyde and propionaldehyde, were high after SPF was installed, and decreased after the foams were removed. Acetaldehyde is a ubiquitous indoor air pollutant. In residential homes, fireplaces and woodstoves are the two major sources for acetaldehyde emission. The usual indoor concentration of acetaldehyde is about 10–20 $\mu g/m^3$ (Hulin et al., 2010; Logue et al., 2011; Lovreglio et al., 2009). Acute exposure to acetaldehyde may result in irritation of the eyes, skin, and respiratory tract while chronic exposure may produce symptoms resembling those of alcoholism. Propionaldehyde is used in the manufacture of plastics, in the synthesis of rubber chemicals, and as a disinfectant and preservative. The indoor concentration is usually quite low ($< 5\ \mu g/m^3$) (Serrano-Trespalacios et al., 2004). Little information

is available on the acute or chronic health effects of propionaldehyde in human. Similar environmental assays in houses insulated with SPF where there were no complaints would have been helpful in determining the exact role of these aldehyde compounds, but those data were not available to us.

The subjects in our study redeveloped symptoms upon reentry of the house where concentrations of VOCs should have been very low. This clinical paradigm may resemble multiple chemical sensitivity syndrome, in which multiple symptoms occur with exposure to very low level of environmental chemicals (Bartha et al., 1999) (http://web.archive.org/web/20070516181511/; http://www.niehs.nih.gov/external/faq/mcss.htm); however, there is at present no medical consensus concerning the definition or nature of this disorder. The clinical syndrome may also fit the description of building related illness (Bardana et al., 1988; Burge, 2004; Horvath, 1997; Welch, 1991; Wolkoff et al., 2006). Building related illness described a situation in which building occupants experience acute health effects that could be attributed to exposure to indoor air pollutants. The syndrome was initially linked to inadequate ventilation (Bardana et al., 1988). The residential homes in our study should have ventilation that conformed to the American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) standards. VOCs could be the potential culprit in these homes (Wolkoff et al., 2006).

## 5. Conclusions

In this study, we described 13 subjects who developed health complaints after their homes were retrofitted with SPF. The health effects were likely associated with the faulty application of SPF, although the exact causes for these symptoms remain unclear. The cases that we reported were all from the time soon after SPF was introduced to the home owners' market. Since then, the industry has established accreditation criteria for contractors and guidelines for home SPF application (e.g., http://www.sprayfoam.org). The US Environmental Protection Agency also has updated its website for the health concerns and action plans (USEPA, 2013). Home owners should consult these organizations before making a decision on SPF.

## Conflict of interest

Drs. Tsuang and Huang have no conflicts of interest to report.

## Acknowledgment

The authors would like to thank Bernard Bloom, M.S., a certified indoor air quality professional of Building Sciences and Engineering Associates, for the advice on VOCs and the interpretation of indoor air tests.

## References

Bardana Jr., E.J., et al., 1988. Building-related illness. A review of available scientific data. Clin. Rev. Allergy 6, 61–89.
Burge, P.S., 2004. Sick building syndrome. Occup. Environ. Med. 61, 185–190.
Bartha, L., Baumzweiger, W., Buscher, D.S., Callender, T., Dahl, K.A., et al., 1999. Multiple chemical sensitivity: a 1999 consensus. Arch. Environ. Health 54, 147–149.
Crapo, R.O., et al., 2000. Guidelines for methacholine and exercise challenge testing-1999. This official statement of the American Thoracic Society was adopted by the ATS Board of Directors, July 1999. Am. J. Respir. Crit. Care Med. 161, 309–329.
Escalona, E., et al., 1995. Neurobehavioral evaluation of Venezuelan workers exposed to organic solvent mixtures. Am. J. Ind. Med. 27, 15–27.
Hau, K.M., et al., 1999. Quantitative structure–activity relationships for nasal pungency thresholds of volatile organic compounds. Toxicol. Sci. 47, 93–98.
Horvath, E.P., 1997. Building-related illness and sick building syndrome: from the specific to the vague. Clevel. Clin. J. Med. 64, 303–309.
Hulin, M., et al., 2010. Indoor air pollution and childhood asthma: variations between urban and rural areas. Indoor Air 20, 502–514.
Logue, J.M., et al., 2011. Hazard assessment of chemical air contaminants measured in residences. Indoor Air 21, 92–109.
Lovreglio, P., et al., 2009. Indoor formaldehyde and acetaldehyde levels in the province of Bari, South Italy, and estimated health risk. J. Environ. Monit. 11, 955–961.
McConnell, D.C., et al., 2012. Fire-retardant clothing-related dermatitis. Dermatitis 23, 27–31.
Nijem, K., et al., 2001. Prevalence of neuropsychiatric and mucous membrane irritation complaints among Palestinian shoe factory workers exposed to organic solvents and plastic compounds. Am. J. Ind. Med. 40, 192–198.
Redlich, C.A., Karol, M.H., 2002. Diisocyanate asthma: clinical aspects and immunopathogenesis. Int. Immunopharmacol. 2, 213–224.
Redlich, C.A., et al., 2002. Diisocyanate-exposed auto body shop workers: a one-year follow-up. Am. J. Ind. Med. 42, 511–518.
Scheibe, M., et al., 2008. Responses to trigeminal irritants at different locations of the human nasal mucosa. Laryngoscope 118, 152–155.
Serrano-Trespalacios, P.I., et al., 2004. Ambient, indoor and personal exposure relationships of volatile organic compounds in Mexico City Metropolitan Area. J. Expo. Anal. Environ. Epidemiol. 14 (Suppl. 1), S118–S132.
Tsuang, W., Huang, Y.C., 2012. Asthma induced by exposure to spray polyurethane foam insulation in a residential home. J. Occup. Environ. Med. 54, 272–273.
USEPA, 2013. Spray Polyurethane Foam (SPF) Home. ⟨http://www.epa.gov/dfe/pubs/projects/spf/spray_polyurethane_foam.html⟩, (last accessed 27.10.13).
Viaene, M., et al., 2009. Sleep disturbances and occupational exposure to solvents. Sleep Med. Rev. 13, 235–243.
Welch, L.S., 1991. Severity of health effects associated with building-related illness. Environ. Health Perspect. 95, 67–69.
Wolkoff, P., et al., 2006. Organic compounds in office environments – sensory irritation, odor, measurements and the role of reactive chemistry. Indoor Air 16, 7–19.
Zahn, J.A., et al., 2001. Correlation of human olfactory responses to airborne concentrations of malodorous volatile organic compounds emitted from swine effluent. J. Environ. Qual. 30, 624–634.