United States District Court
District of Connecticut
FILED AT NEW HAVEN
March 16 2017
Roberta D. Tabora, Clerk
By P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Richard BEYER and Monica BEYER, *Plaintiffs*, *v.* Anchor Insulation Co. Inc., *Defendant*. | Civil No. 3:13-cv-1576 (JBA) March 15, 2017 |

**VERDICT FORM**

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

**Liability**

**A. Negligence in SPF installation:**

Defendant Anchor Insulation ("Anchor") has stipulated that it failed to exercise reasonable care in the installation of the SPF in the plaintiffs' home and its failure to exercise reasonable care caused the SPF to not function properly. Do you find that Defendant's negligence was a proximate cause of property damage to the Beyers?

✓ YES ____ NO

**B. Connecticut Product Liability Act:**

1. Defective Product

a. Do you find that the defendant Anchor violated the Connecticut Product Liability Act by installing unreasonably dangerous SPF insulation in the Beyers' home?

✓ YES ____ NO

(If you answered "yes" to Questions B.1.a, please proceed to Question B.1.b. If you answered "no," please proceed to Question B.2.a)

b. Do you find that the installation of defective SPF proximately caused damage to the Beyers' home?

✓ YES ____ NO

(Please proceed to Question B.2.)

2. Failure to Warn

a. Do you find that the defendant Anchor violated the Connecticut Product Liability Act by failing to warn the Beyers of risks and hazards to their home posed by SPF installation?

__✓__ YES ____ NO

(If you answered "yes" to Questions B.2.a, please proceed to Question B.2.b. If you answered "no," please proceed to Question C.1.)

b. Do you find that the failure to warn proximately caused property damage to the Beyers' home?

__✓__ YES ____ NO

(Please proceed to the next Question C.1.)

**C. Breach of Warranty re: Removal of SPF**

1. Do you find that defendant Anchor breached an implied warranty

a. to remove SPF completely,

____ YES __✓__ NO

(Please proceed to Question C.1.b.)

b. to contain the SPF products during removal?

__✓__ YES ____ NO

(If you answered "yes" to Question C.1.a or to Question C.1.b, please proceed to Question C.2. If you answered "no" to both questions, please proceed to the next section, Damages.)

2. Do you find that the breach of implied warranty proximately caused property damage to the Beyer home?

a. implied warranty to remove SPF completely

____ YES __✓__ NO

(Please proceed to Question C.2.b.)

b. implied warranty to contain SPF during removal

____ YES __✓__ NO

(Please proceed to the next section, Damages.)

**Damages**

I. Negligence in SPF installation: If you answered "yes" to Question A, what damages do you award to plaintiffs for:

1. Installation of SPF $ 6690.
2. Costs associated with home ventilation system $ 0
3. Increased electric bills $ 0
4. Diminution in value of property $ 82,400

(Proceed to Part II.)

II. Violation of Connecticut Product Liability Act for defective product: If you answered "yes" to Question B.1.b, what damages do you award to plaintiffs for:

1. Installation of SPF $ 6690
2. Costs associated with home ventilation system $ 0
3. Increased electric bills $ 0
4. Diminution in value of property $ 82,400

(Proceed to Part III.)

III. Violation of Connecticut Product Liability Act for failure to warn: If you answered "yes" to Question B.2.b, what damages do you award to plaintiffs for:

1. Installation of SPF $ 6690
2. Costs associated with home ventilation system $ 0
3. Increased electric bills $ 0
4. Diminution in value of property $ 82,400

(Proceed to Part IV.)

IV. Breach of Warranty: If you answered "yes" to Question C.2.a or C.2.b, what damages do you award to plaintiffs for:

1. Costs associated with home ventilation system $ 0
2. Increased electric bills $ 0
3. Diminution in value of property $ 0

**TOTAL DAMAGES AWARDED:** $ 89,090

**You have now completed your deliberations. Please sign and date this form.**

/s/ Foreperson

Foreperson

Dated at New Haven, Connecticut at 12:21 o'clock a.m./p.m. on this 16 day of March, 2017.